# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED NOVEMBER 7, 2017

### NO. 03-17-00644-CR

### Ex parte Martin Vazquez Gutierrez

### APPEAL FROM THE 22ND DISTRICT COURT OF HAYS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND GOODWIN
### DISMISSED FOR WANT OF JURISDICTION-- OPINION BY JUSTICE GOODWIN

This is an appeal from the order denying habeas corpus relief entered by the trial court. Having reviewed the record, it appears that the Court lacks jurisdiction over this appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.